AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20) ☐ Original ☐ Duplicate Original

**LODGED**
CLERK, U.S. DISTRICT COURT
JULY 8, 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___mp___ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Central District of California

**FILED**
July 8, 2020
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _Nancy Boehme_
Deputy Clerk, U.S. District Court

United States of America

v.

PABLO EDEL NOE RAMIREZ, also known as ("aka") "Pablo Edel Noe Ramirez Pina," aka "Pablo Edel Ramirez,"

Defendant(s)

Case No. 8:20-mj-00391 DUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of <u>May 30, 2020</u> in the county of Orange in the Central District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§1326(a); (b)(2) | Illegal Alien Found in the United States Following Deportation or Removal |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/
*Complainant's signature*

MITCHELL A. GANGWISH
Deportation Officer, DHS
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: July 8, 2020

**DOUGLAS F. McCORMICK**
*Judge's signature*

City and state: Santa Ana, California

Hon. DOUGLAS F. McCORMICK
U.S. Magistrate Judge
*Printed name and title*

Lawrence E. Kole
(714) 338-3594

A F F I D A V I T

I, Mitchell Gangwish, being duly sworn, do hereby depose and say:

1.  I am a Deportation Officer ("DO") with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE").  I have been a DO with ICE, formerly known as the Immigration and Naturalization Service ("INS"), since May 2016.  I am currently assigned to the Los Angeles Enforcement and Removal Operations Unit, Santa Ana office.

2.  This affidavit is made in support of a criminal complaint and arrest warrant against PABLO EDEL NOE RAMIREZ, also known as ("aka") "Pablo Edel Noe Ramirez Pina," aka "Pablo Edel Ramirez" ("RAMIREZ"), charging a violation of Title 8, United States Code, Sections 1326(a), (b)(2) (Illegal Alien Found in the United States Following Deportation or Removal). The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from other law enforcement agents and witnesses.

3.  On or about May 30, 2020, RAMIREZ was encountered by Deportation Officer J. Iniguez ("DO Iniguez") at the Orange

1

County Jail, Santa Ana, California.  DO Iniguez is authorized to enforce immigration laws pursuant to Section 287(a) of the Immigration and Nationality Act.  DO Iniguez conducted a preliminary records check of the ICE database which revealed RAMIREZ was previously deported.  An Immigration Detainer (Form I-247) was issued against RAMIREZ.  However, on or about May 30, 2020, RAMIREZ was released from the custody of the Orange County Jail.

     4.   On or about July 01, 2020, I obtained Alien File No. A92-028-284 ("A-File"), which was assigned and maintained for the subject alien RAMIREZ.  An "A-File" is a file in which immigration records are maintained for aliens admitted to or found in the United States.  The A-File usually contains photographs, fingerprints, court records of conviction, and records relating to deportation or other actions by DHS (or INS) with respect to the subject alien for whom the A-File is maintained.

     5.   On or about July 01, 2020, I obtained and reviewed a printout of the data from the California Criminal Identification Information ("CII"), and the Federal Bureau of Investigation ("FBI") Identification Record for RAMIREZ, the individual who is the subject of this affidavit.  I compared the data on these

documents to that found in the INS Central Index System ("CIS") under the assigned A-File, which I believe is RAMIREZ's alien number. I also compared the data from these documents to the printout of the CII contained in the A-File. I found that the data from the CII contained in RAMIREZ's A-File contain the same date of birth, and FBI Identification number that are found in the CIS, the CII, and the FBI Identification Record that I obtained. In addition, the CII printout reflects the convictions that are described below. Based on this review, I believe that RAMIREZ is the same individual who incurred the convictions described below and who was ordered deported and/or removed as described in the A-File.

  6. On or about July 1, 2020, I reviewed a certified booking photograph from the Orange County Sheriff's Department bearing the name Pablo Edel Ramirez from his arrest on May 29, 2020. I conducted a photograph comparison of RAMIREZ's booking photograph to the photographs contained in the immigration records under RAMIREZ's identifying information. It appeared to me that RAMIREZ's booking photograph and the immigration record photographs under RAMIREZ's identifying information appear to resemble the same person. Thus, I believe that A-File (A92-028-284) and its contents correspond to RAMIREZ.

7.   On or about July 01, 2020, I reviewed RAMIREZ's A-File (A92-028-284).  A review of RAMIREZ's A-File revealed the following information and documents:

   a.   A DHS Immigration Detainer (Form I-247) dated May 30, 2020.  Based upon my review of the Detainer and my training and experience, I am able to determine that Deportation Officer J. Iniguez placed the Detainer on RAMIREZ as part of her routine assigned duties to locate suspected criminal aliens in custody at the Orange County Jail, Santa Ana, California.

   b.   A Record of Deportable/Inadmissible Alien (Form I-213), which indicated that Immigration Agent Charles Babbitt encountered RAMIREZ on June 30, 1997, at the Wasco State Prison, Wasco, California.

   c.   An Order of the Immigration Judge showing that RAMIREZ was ordered removed from the United States to Mexico by Scott Simpson, Immigration Judge, San Diego, California, on August 29, 2017.

   d.   An executed Warrant of Removal/Deportation indicating that RAMIREZ was officially removed and deported from the United States to Mexico on August 31, 2017, at the San Ysidro Port of Entry, San Ysidro, California.

   e.   I know from my training and experience that a Warrant of Removal/Deportation is executed each time a subject alien is removed and deported from the United States by ICE (and

its predecessor agency, INS) and usually contains the subject's photograph, signature, and/or fingerprint.  The executed Warrant of Removal/Deportation in RAMIREZ's A-File contain his photograph, signature, and fingerprint.

      f.   A record of conviction indicating that on or about April 1, 1997, RAMIREZ was convicted of two counts of Car Jacking, in violation of California Penal Code 215(a), four counts of Second Degree Robbery, in violation of California Penal Code Section 211/212.5(b)/213(a)(2), Assault with a Firearm, in violation of California Penal Code Section 245(a)(2), Terrorist Threats, in violation of California Penal Code Section 422, and sentence enhancements within the meaning of California Penal Code Sections 186.22(B) and 12022.5(A), in the Superior Court of the State of California, County of Orange, Santa Ana, California, case number 96NF0815, for which RAMIREZ received a sentence of 22 years of imprisonment.

   8.   On or about July 1, 2020, I reviewed the printouts of ICE computer indices on RAMIREZ.  Based on my training and experience, I know that the ICE computer indices track and document each time an alien is deported from the United States by ICE (or INS) or is granted permission to enter or re-enter the United States.  The ICE computer indices confirmed that RAMIREZ had been removed and deported on the date indicated on the Warrant of Removal/Deportation found in RAMIREZ's A-File.

The ICE computer indices further indicated that RAMIREZ had not applied for or obtained permission from the Attorney General or his designated successor, the Secretary of Homeland Security, to re-enter the United States legally since RAMIREZ had last been deported.

9.   Based on my review of RAMIREZ's A-File, I determined that his A-File does not contain any record of him ever applying or receiving permission from, the Attorney General or his designated successor, the Secretary of Homeland Security, to legally re-enter the United States.  Based on my training and experience, I know that such documentation is required to re-enter the United States legally after deportation, and that if such documentation existed, it would ordinarily be found in RAMIREZ's A-File.

10.  Based on my review of the contents of A-File A92-028-284, in particular the Warrant of Removal/Deportation indicating that RAMIREZ had been previously removed and deported to Mexico, and my training and experience, I believe that RAMIREZ is an alien, that is, a citizen of Mexico who illegally re-entered the United States without permission.

11.  Based upon the information indicated above, including the Order of Removal, Warrant of Removal/Deportation, copies of conviction documents, a booking photograph taken in the United States after the date of removal, and the absence of an

6

application to re-enter the United States, I have probable cause to believe that PABLO EDEL NOE RAMIREZ is in violation of Title 8, United States Code, Sections 1326(a), (b)(2) (Illegal Alien Found in the United States Following Deportation or Removal).

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this  8th  day of
July, 2020.

**DOUGLAS F. McCORMICK**
HONORABLE DOUGLAS F. McCORMICK
UNITED STATES MAGISTRATE JUDGE

7