E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
COLIN S. SCOTT (Cal. Bar No. 318555)
MATTHEW J. TAKO (Cal. Bar No. 307013)
Assistant United States Attorneys
Terrorism and Export Crimes/General Crimes Section
    1500/1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3159/0705
    Facsimile: (213) 894-0142
    E-mail:   colin.scott@usdoj.gov
              matthew.tako@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>PABLO EDEL NOE RAMIREZ,<br>   aka "Pablo Edel Noe<br>      Ramirez Pina",<br>   aka "Pablo Edel Ramirez,"<br><br>        Defendant. | No. 8:21-cr-00045-JLS-1<br><br>JOINT PROPOSED SUMMARY OF THE INDICTMENT<br><br>Trial Date:  July 9, 2024<br>Trial Time:  9:00 a.m.<br>Location:    Courtroom of the<br>                 Hon. Josephine L.<br>                 Staton |
|---|---|

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Colin S. Scott and Matthew J. Tako, and defendant PABLO EDEL NOE RAMIREZ, by and through his counsel of record, David Menninger, hereby submit the parties' joint proposed summary of the indictment in the above-captioned case.

    The parties have met and conferred and propose that a redacted version of the original indictment (Dkt. 21) be read to the jury

during voir dire.  A copy of the redacted indictment is attached as Exhibit A to this filing.

Dated: July 2, 2024               Respectfully submitted,

                                              E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division


/s/
COLIN S. SCOTT
MATTHEW J. TAKO
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA


Dated: July 2, 2024               /s/ (with email permission)
DAVID MENNINGER
Attorney for Defendant
PABLO EDEL NOE RAMIREZ

**EXHIBIT A**

Case 8:21-cr-00045-JLS   Document 23   Filed 03/24/21   Page 4 of 5   Page ID #:97

**FILED**
CLERK, U.S. DISTRICT COURT
03/24/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: _____DVE_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SEPTEMBER 2020 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>           v.<br><br>PABLO EDEL NOE RAMIREZ,<br>   aka "Pablo Edel Noe<br>       Ramirez Pina,"<br>   aka "Pablo Edel Ramirez,"<br><br>                 Defendant. | No. 8:21-CR-00045-JLS<br><br>I N D I C T M E N T<br><br>[8 U.S.C. §§ 1326(a), (b)(2):<br>Illegal Alien Found in the<br>United States Following<br>Deportation] |

The Grand Jury charges:

[8 U.S.C. §§ 1326(a), (b)(2)]

On or about May 30, 2020, defendant PABLO EDEL NOE RAMIREZ, also known as ("aka") "Pablo Edel Noe Ramirez Pina," aka "Pablo Edel Ramirez," an alien, who had been officially deported and removed from the United States on or about August 31, 2017, was found in Orange County, within the Central District of California, after knowingly and voluntarily re-entering and remaining in the United States without having obtained permission from the Attorney General or his designated successor, the Secretary for Homeland Security, to reapply for

```
admission to the United States following deportation and
removal.
```

A TRUE BILL

/S/
Foreperson

TRACY L. WILKISON
Acting United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

*[signature]*

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

LAWRENCE E. KOLE
Assistant United States Attorney
Santa Ana Branch Office

2